GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; GOLDMAN SACHS BANK; and<br>FREEDOM PLUS CORPORATION,<br><br>                    Defendants. | **Case No. 2:22-cv-02112-APG-NJK**<br><br><br>**JOINT MOTION FOR EXTENSION OF<br>TIME FOR DEFENDANT EQUIFAX<br>INFORMATION SERVICES LLC TO<br>FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 12, 2023 through and including **February 13, 2023**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.

//

1    This stipulation is filed in good faith and not intended to cause delay.

2    Respectfully submitted, this 10th day of January, 2023.

3

4    CLARK HILL PLLC                          _No opposition_

5    By: /s/                                   /s/Gerardo Avalos
     Gia N. Marina                            George Haines, Esq.
6    Nevada Bar No. 15276                      Nevada Bar No. 9411
     3800 Howard Hughes Pkwy,                 Gerardo Avalos, Esq.
7    Suite 500                                Nevada Bar No. 15171
     Las Vegas, NV 89169                      FREEDOM LAW GROUP
8    Tel: (702) 862-8300                      8985 S. Eastern Ave., Suite 350
     Fax: (702) 862-8400                      Henderson, NV 89123
9    Email: gmarina@clarkhill.com             Phone: (702) 880-5554
10   *Attorney for Defendant Equifax Information*   Fax: (702) 385-5518
     *Services LLC*                           Email: ghaines@freedomlegalteam.com
11                                            Email: gavalos@freedomlegalteam.com

12

13                                            *Attorneys for Plaintiff*

14

15   IT IS SO ORDERED:

16

17   _____

18   United States Magistrate Judge

19   DATED: ___January 11, 2023___

20

21

22

23

24

25

26

27

28