KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant Goldman Sachs Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOLDMAN SACHS BANK; and FREEDOM PLUS CORPORATION,<br><br>Defendants. | Case No. 2:22-cv-02112-APG-NJK<br><br>**STIPULATION REGARDING SERVICE ON DEFENDANT GOLDMAN SACHS BANK** |

Plaintiff Kim Chatman and Defendant Goldman Sachs Bank, USA ("GS Bank"), erroneously named as Goldman Sachs Bank, stipulate as follows:

1. On December 20, 2022, Ms. Chatman filed her complaint initiating this action. (ECF No. 1).

2. On December 22, 2022, the summons and complaint (ECF Nos. 1 and 4) were served on CT Corporation System, purportedly on behalf of GS Bank.

3345853_1 20833.1

3. On January 12, 2023, Ms. Chatman filed proof of that service purportedly on GS Bank. (ECF No. 8).

4. The parties now dispute whether service was properly effectuated on GS Bank through CT Corporation System.

5. Rather than litigate the issue of whether Ms. Chatman properly served GS Bank, the parties have agreed GS Bank will waive service pursuant to Fed. R. Civ. P. 4(d) and that, pursuant to that Rule 4(d)(3), GS Bank's response to the complaint will be due on March 31, 2023.

GS Bank's acceptance of service will be separately filed on the docket as required by Fed. R. Civ. P. 4(d)(3).

| FREEDOM LAW FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ George Haines<br>George Haines, No. 9411<br>Gerardo Avalos, No. 15171<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorney for Plaintiff<br>Kim Chatman | Attorneys for Defendant Goldman Sachs Bank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2023

3345853_1  20833.1