UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al,<br><br>    Defendants. | Case No. 2:22-cv-02112-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 16] |

    Pending before the Court is the parties' proposed discovery plan. Docket No. 16. Proposed discovery plans must be submitted jointly and signed by all parties. Local Rule 26-1(a). The instant proposed discovery plan has not been signed by Defendant Goldman Sachs Bank USA, Docket No. 16 at 4, and is therefore not a proper proposed discovery plan.

    Accordingly, the parties' proposed discovery plan is **DENIED** without prejudice. A properly formatted joint proposed discovery plan must be submitted no later than March 28, 2023.

    IT IS SO ORDERED.

Dated: March 21, 2023

                                                                                                                                                             Nancy J. Koppe<br>
                                                                                                                                             United States Magistrate Judge