# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN, | Case No.: 2:22-cv-02112-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On January 31, 2023, plaintiff Kim Chatman and defendant Experian Information Solutions, Inc. informed the court that these parties had settled their dispute. ECF No. 10. They requested 60 days to file a stipulation of dismissal. *Id.* Months have passed but no stipulation has been filed.

I THEREFORE ORDER that by August 31, 2023, plaintiff Kim Chatman and defendant Experian Information Solutions, Inc. shall file a stipulation of dismissal or a status report regarding settlement. If they fail to do so, I will dismiss this case.

DATED this 15th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE