George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kim Chatman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kim Chatman, | Case No.: 2:22-cv-02112-APG-NJK |
| Plaintiff, | **Stipulation of dismissal of Goldman Sachs Bank with prejudice** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; Goldman Sachs Bank; and Freedom Plus Corporation, | |
| Defendants. | |

_____

STIPULATION                              - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kim Chatman and Goldman Sachs Bank stipulate to dismiss Plaintiff's claims against Goldman Sachs Bank with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 14, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**KAEMPFER CROWELL**

/s/ *Sihomara L. Graves*
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Counsel for Defendant Goldman Sachs Bank USA*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 15, 2023