# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN, | Case No.: 2:22-cv-02112-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On January 31, 2023, plaintiff Kim Chatman and defendant Experian Information Solutions, Inc. informed the court that these parties had settled their dispute. ECF No. 10. They requested 60 days to file a stipulation of dismissal. *Id.* Months have passed but no stipulation has been filed. Consequently, I ordered plaintiff Kim Chatman and defendant Experian Information Solutions, Inc. shall file a stipulation of dismissal or a status report regarding settlement by August 31, 2023. ECF No. 31. I advised the parties that if they did not do so, I would dismiss the claims. *Id.* The parties did not file a stipulation or status report as ordered.

I THEREFORE ORDER that the plaintiff's claims against defendant Experian Information Solutions, Inc. are dismissed without prejudice.

DATED this 6th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE