UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:22-cv-02112-APG-NJK<br><br>**Order** |

On June 6, 2023, plaintiff Kim Chatman and defendant Equifax Information Services, LLC informed the court that these parties had settled their dispute. ECF No. 28.  On August 4, 2023, they requested until September 6, 2023 to file a stipulation of dismissal. ECF No. 29.  No stipulation has been filed.  Consequently, I order plaintiff Kim Chatman and defendant Equifax Information Services, LLC to file a stipulation of dismissal or a status report regarding settlement by October 13, 2023. ECF No. 31.

I THEREFORE ORDER that by October 13, 2023, plaintiff Kim Chatman and defendant Equifax Information Services, LLC shall file a stipulation of dismissal or a status report regarding settlement.  If they fail to do so, I will dismiss the plaintiff's claims against this defendant.

DATED this 2nd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE