# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM CHATMAN,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:22-cv-02112-APG-NJK<br><br>**Order** |

The proposed joint pretrial order was due September 29, 2023. ECF No. 20. None was filed, presumably because the plaintiff has settled with all defendants except defendant Freedom Plus Corporation, which has never appeared in this case. The plaintiff has taken no action to prosecute her claims against Freedom Plus since filing proof of service on April 12, 2023. ECF No. 27.

I THEREFORE ORDER that by October 13, 2023, plaintiff Kim Chatman must either move for default and default judgment or voluntarily dismiss her claims against Freedom Plus Corporation. If Chatman does not take either of these actions by that date, I will dismiss her claims against defendant Freedom Plus Corporation without prejudice and without further notice.

DATED this 2nd day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE