George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kim Chatman*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kim Chatman,<br><br>                Plaintiff,<br>       v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>Goldman Sachs Bank USA; and<br>Freedom Plus Corporation,<br><br>                Defendants. | Case No.: 2:22-cv-02112-APG-NJK<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kim Chatman and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///

_____

STIPULATION                             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 25, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kim Chatman*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 30, 2023

_____

STIPULATION - 2 -